IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| JANE UTAUS-VA DOE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 1:19-CV-451-RP |
| | § | |
| THE UNIVERSITY OF TEXAS AT AUSTIN, | § | |
| | § | |
| Defendant. | § | |

## FINAL JUDGMENT

On September 9, 2019, Plaintiff JANE UTAUS-VA DOE ("Doe") dismissed all claims in this case without prejudice by stipulation of dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(i). (Dkt. 5). Rule 41(a)(1)(A)(i) allows a plaintiff to voluntarily dismiss an action without a court order by filing a notice of dismissal before the opposing party serves an answer or a motion for summary judgment. Defendant the University of Texas at Austin ("UT-Austin") has not filed an answer or a motion for summary judgment. Though UT-Austin has filed a motion to dismiss, (Dkt. 4), "only the filing of an answer or motion for summary judgment terminates the plaintiff's unilateral right to dismiss the action by notice." *In re Amerijet Int'l, Inc.*, 785 F.3d 967, 973 (5th Cir. 2015), *as revised* (May 15, 2015); *see also Carter v. United States*, 547 F.2d 258, 259 (5th Cir. 1977) (a motion to dismiss is not "treated as the equivalent of an answer"). Doe's notice is therefore "self-effectuating and terminates the case in and of itself; no order or other action of the district court is required." *Amerijet Int'l*, 785 F.3d at 973.

As nothing remains to resolve, the Court renders Final Judgment pursuant to Federal Rule of Civil Procedure 58.

IT IS ORDERED that the case is CLOSED.

All pending motions in this case are DISMISSED AS MOOT.

**IT IS ORDERED** that each party bear its own costs.


**SIGNED** on September 10, 2019.

ROBERT PITMAN
UNITED STATES DISTRICT JUDGE